PEERLESS IRON PIPE EXCHANGE, INC., Respondent, v. TECHNICAL PRODUCTS COMPANY, INC., Defendant. GLOBE INDEMNITY COMPANY, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEERLESS IRON PIPE EXCHANGE, INC., Respondent, v. TECHNICAL PRODUCTS COMPANY, INC., Defendant. GLOBE INDEMNITY COMPANY, Appellant. (Appeal No. 2.) — Appeal from so much of order as denies motion for reargument dismissed; order so far as it denies motion for resettlement affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAMILLE B. BROCK, Respondent, v. WARREN FILM CO., INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the obligation sued upon is not a note or other evidence of debt for the absolute payment of money. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUDAH L. WEINBERG, Appellant.— Appeal dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL MARKOWITZ, Respondent, v. NAGLE AVENUE CONSTRUCTION Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the fact that the plaintiff answered ready, when he was not, is practically conceded. In addition, plaintiff does not now set forth any facts from which the court could see that he has a meritorious cause of action. (*Rothschild* v. *Haviland,* 172 App. Div. 562.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE ALPER, an Infant, by MORRIS ALPER, Her Guardian ad Litem, Respondent, v. NEW YORK BUTCHERS DRESSED MEAT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

P. WOLF & CO., INC., Appellant, v. PETER WOLF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM E. D. STOKES, Respondent, v. HELEN ELWOOD STOKES, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK J. RILEY, Respondent, v. OSCAR MARKOVICH, Appellant.— Order modified by allowing a preference only over causes noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAZARUS FRIED & SONS, INC., Respondent, v. EMERY & MARSHALL COMPANY, Appellant. EMERY & MARSHALL COMPANY, Appellant, v. LAZARUS FRIED & SONS, INC., Respondent.— Order affirmed, with ten dollars costs and disburse-